UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Markale Ian Lundy,                                    Case No. 5:24-cv-01305

        Petitioner

  v.                                                  ORDER OF TRANSFER

Warden Cynthia Davis,

        Respondent

*Pro se* petitioner Markale Ian Lundy, an inmate in state custody at the Southern Ohio Correctional Facility, brings this action for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2014 conviction in the Franklin County Court of Common Pleas for aggravated burglary, kidnapping, aggravated robbery, attempted murder, and felonious assault. (Doc. No. 1).

Pursuant to 28 U.S.C. § 2241(d), an inmate in a state that has more than one federal judicial district may file a writ of habeas corpus in either the district in which the inmate was convicted or the district in which the inmate is confined. *Walker v. Marquis*, No. 1:18CV0806, 2019 U.S. Dist. LEXIS 14056, *3 (N.D. Ohio Jan. 28, 2019). Both the Franklin County Common Pleas Court and the Southern Ohio Correctional Facility are located in the Southern District of Ohio. Because Petitioner is currently incarcerated in and was sentenced in the Southern District of Ohio, venue is proper in the Southern District of Ohio.

Accordingly, this action is transferred to the United States District Court for the Southern District of Ohio for all further proceedings.

So Ordered.

s/ Jeffrey J. Helmick  
United States District Judge